**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: SCOTT D. RILLIE
308 RANTOUL STREET
LENA, IL 61048

SSN-xxx-xx-4532

Case Number: 05-74321

Case filed on: 8/24/2005
Plan Confirmed on: 10/28/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $7,473.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 203 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | SCOTT D. RILLIE | 0.00 | 0.00 | 237.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 237.00 | 0.00 |
| 001 | CITIFINANCIAL | 2,000.00 | 2,000.00 | 2,000.00 | 213.69 |
| 002 | CITIFINANCIAL | 15,336.87 | 0.00 | 0.00 | 0.00 |
| 003 | GMAC MORTGAGE | 21.26 | 21.26 | 21.26 | 0.00 |
|  | Total Secured | 17,358.13 | 2,021.26 | 2,021.26 | 213.69 |
| 004 | ASPIRE VISA | 3,941.12 | 3,941.12 | 555.87 | 0.00 |
| 005 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 798.98 | 798.98 | 112.69 | 0.00 |
| 007 | LVNV FUNDING LLC | 990.07 | 990.07 | 139.64 | 0.00 |
| 008 | DISCOVER FINANCIAL SERVICES | 4,938.89 | 4,938.89 | 696.59 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 1,032.72 | 1,032.72 | 145.65 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 4,860.05 | 4,860.05 | 685.48 | 0.00 |
|  | Total Unsecured | 16,561.83 | 16,561.83 | 2,335.92 | 0.00 |
|  | Grand Total: | 36,119.96 | 20,783.09 | 6,794.18 | 213.69 |

Total Paid Claimant:     $7,007.87
Trustee Allowance:       $465.13
Percent Paid Unsecured:    14.10

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 12/30/2008      By /s/Heather M. Fagan